BLACK, Circuit Judge,
concurring in part and dissenting in part:
I fully agree with the majority that federal question jurisdiction cannot be predicated on either theory addressed by the district court — res judicata or the federal treaty with Venezuela. Although the majority opinion is thorough and well-reasoned, I would remand the case for the district court to determine whether federal question jurisdiction exists based on either the All Writs Act or the federal common law of international relations and whether removal is proper because of fraudulent joinder. See Citro Florida, Inc. v. Citrovale, S.A., 760 F.2d 1231, 1232 (11th Cir.1985). These three theories require an examination of the factual record, a function uniquely within the province of the district court. Lee v. Celotex Corp., 764 F.2d 1489, 1492-93 (11th Cir.1985).